507 A.2d 361

**VALLEY BANK & TRUST CO.**

v.

**David L. HERNDON, et ux., Petitioners.**

Supreme Court of Pennsylvania.

March 27, 1986.

Petition for Allowance of Appeal GRANTED, No. 14 M.D. Appeal Docket 1986.